# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **ARLENE R. ATHERTON,**  **Plaintiff,**  v.  **SALT LAKE CITY POLICE DEPARTMENT, et al.,**  **Defendants.** | **REPORT AND RECOMMENDATION**  **Case No. 2:19-cv-00412-CW-JCB**  **District Judge Clark Waddoups**  **Magistrate Judge Jared C. Bennett** |

Under 28 U.S.C. § 636(b)(1)(B), District Judge Clark Waddoups referred this case to Magistrate Judge Paul M. Warner for whom Magistrate Judge Jared C. Bennett has taken over due to Judge Warner's retirement.[1] At the outset, the court notes that Plaintiff Arlene R. Atherton ("Ms. Atherton") is proceeding pro se and has been permitted to proceed in forma pauperis under 28 U.S.C. § 1915 ("IFP Statute").[2]

In an order dated March 31, 2020, the court addressed the issue of service of process.[3] In that order, the court noted that because Ms. Atherton has been permitted to proceed in forma pauperis under the IFP Statute, the officers of the court are required to issue and serve all process and perform all duties related to service of process. 28 U.S.C. § 1915(d). In order for the court

---

[1] ECF Nos. 4, 7.

[2] ECF No. 2.

[3] ECF No. 5.

to serve the named Defendants in this case, Ms. Atherton was ordered to file with the court a listing of the names and addresses of person(s) upon whom service should be made under Fed. R. Civ. P. 4. Ms. Atherton was warned that failure to provide that information on or before April 24, 2020, could result in dismissal of this action.

The April 24, 2020 deadline passed without Ms. Atherton providing the required information to the court. Consequently, on May 7, 2020, the court issued an order requiring Ms. Atherton to show cause why this action should not be dismissed for lack of prosecution.[4] DUCivR 41-2 ("The court may issue at any time an order to show cause why a case should not be dismissed for lack of prosecution."). Ms. Atherton was ordered to file a response to the order to show cause on or before May 29, 2020. Ms. Atherton was warned that her failure to do so could result in dismissal of this action. *Id*. ("If good cause is not shown within the time prescribed by the order to show cause, the court may enter an order of dismissal with or without prejudice, as the court deems proper.").

As of the date of this Report and Recommendation, Ms. Atherton has not filed any response to the order to show cause. Accordingly, IT IS HEREBY RECOMMENDED that this action be DISMISSED WITHOUT PREJUDICE based upon Ms. Atherton's failure to prosecute this action. Fed. R. Civ. P. 16(f)(1)(C); DUCivR 41-2.

Copies of this Report and Recommendation are being sent to all parties, who are hereby notified of their right to object. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The parties must file any objection to this Report and Recommendation within fourteen (14) days after being

---

[4] ECF No. 6.

served with a copy of it.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).  Failure to object may constitute waiver of objections upon subsequent review.

DATED June 8, 2020.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge