IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| ARLENE R. ATHERTON,<br><br>Plaintiff,<br><br>v.<br><br>SALT LAKE CITY POLICE DEPARTMENT, et al.,<br><br>Defendants. | ORDER ADOPTING AND AFFIRMING REPORT AND RECOMMENDATION<br><br>Case No. 2:19-cv-00412<br><br>District Judge Clark Waddoups |

This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Judge Paul Warner under 28 U.S.C. § 636(b)(1)(B). (ECF No. 4.) On May 7, 2020, Judge Warner entered an order to show cause, directing Plaintiffs to "inform the Court of the status of the case and intentions to proceed." (ECF No. 6.) On June 3, 2020, the case was reassigned to Magistrate Judge Jared C. Bennett. (ECF No. 7.) On June 8, 2020, Judge Bennett issued a Report and Recommendation recommending that the action "be dismissed without prejudice based on Ms. Atherton's failure to prosecute . . . ." (ECF No. 8 at 2.) The Report and Recommendation advised the parties that any objection to the Report and Recommendation was required to be filed within fourteen days of receiving it. As of the date of this Order, which is past the time for filing objections, the court has not received any objections to the Report and Recommendation.

The court has reviewed the case *de novo* and agrees with the analysis in Magistrate Judge Bennett's Report and Recommendation. The court, therefore, adopts the Report and

1

Recommendation as the Order of the court. Accordingly, this action is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

DATED July 8, 2020.

BY THE COURT:

_____
Clark Waddoups
United States District Judge